UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL M. MARIN, personally and as heir of the Estate of Milivoj and Eva Marinkovic;<br><br>　　　　　　　　Plaintiff,<br>v.<br>ESCONDIDO CARE CENTER, et al.,<br>　　　　　　　　Defendants. | Civil No.11cv1610 AJB (JMA)<br><br>ORDER DENYING IN FORMA PAUPERIS STATUS |

　　　　On July 21, 2011, Mel M. Marin, a non-prisoner proceeding *pro se*, filed a Motion to Proceed *in forma pauperis* [Doc. No. 2] of case number 3:11-cv-01610-AJB-JMA to this Court. Plaintiff submitted a declaration in support of a request to proceed *in forma pauperis* in accordance with 28 U.S.C. § 1915(a)(1) and Local Rule 3.2(a).

　　　　The Court finds that the Plaintiff's declaration of inability to pay costs or give security is insufficient to permit Plaintiff to proceed *in forma pauperis*. Permission to file a petition for writ of mandamus *in forma pauperis* will not be granted unless there is some merit in the petition. 28 U.S.C.A. § 1915. "To proceed *in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir.1965). One need not be absolutely destitute to obtain benefits of statute dealing with proceedings *in forma pauperis* in federal courts. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331 (1948). The motion, however, must state facts as to affiant's poverty with some particularity, definiteness and certainty. *Jefferson v. U.S.*, 277 F. 2d 723 (9th Cir. 1960).

1  The Plaintiff's motion to proceed *in forma pauperis* lacks merit because:

2  • Plaintiff has noted receiving "Social Security, disability or other welfare" but has failed
3  to describe the source, the amount received, and what the Plaintiff expects to continue
4  receiving each month.
5  • Plaintiff has noted receiving "Gifts or inheritances" but has failed to describe the source,
6  the amount received, and what the Plaintiff expects to continue receiving each month.
7  • Plaintiff's debts are only described as "plenty of debts."
8  • Plaintiff has failed to note any housing, transportation, utilities, or loan payments, or other
9  regular monthly expenses.

10  It is under the Court's discretion to grant or deny permission to proceed *in forma pauperis* based
11  on the Plaintiff's claim. 28 U.S.C. § 1915(e)(2). Without further evidence, the Court lacks specific facts
12  to find that the Plaintiff is not able to pay the filing fee under 28 U.S.C. § 1914(a). It is advised that the
13  Plaintiff submit a current revision of the short form "Application To Proceed In District Court Without
14  Prepaying Fees or Costs" available on the United States Courts website.[1]

15  In light of this information, IT IS HEREBY ORDERED that the Plaintiff's Motion to Proceed *in
16  forma pauperis* is **DENIED** and the Complaint is **DISMISSED** without prejudice. Pursuant to this
17  Order, however, Plaintiff is granted 30 days leave to pay the $350 filing fee required to maintain this
18  action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding the Plaintiff's
19  economic status. **IF PLAINTIFF CHOOSES TO FILE ADDITIONAL INFORMATION RE-**
20  **GARDING HIS POVERTY, HE MUST ATTACH A COPY OF THIS ORDER.**

21  IT IS SO ORDERED.

22

23  DATED:  September 29, 2011

24  _____
25  Hon. Anthony J. Battaglia
    U.S. District Judge

26
27
28
---
[1] http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO240.pdf